UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

JS-6

| | |
|---|---|
| Case No. | 2:21-cv-07760-MCS-RAO |
| Date | November 5, 2021 |
| Title | *Bordon v. AFR Grp., LLC* |

Present: The Honorable Mark C. Scarsi, United States District Judge

Stephen Montes Kerr
Deputy Clerk

Not Reported
Court Reporter

Attorney(s) Present for Plaintiff(s):
None Present

Attorney(s) Present for Defendant(s):
None Present

**Proceedings:** (IN CHAMBERS) ORDER RE: JOINT STIPULATION (ECF NO. 18) (JS-6)

Plaintiff Elidet Bordon brought this action against Defendant AFR Group, LLC, in the Los Angeles County Superior Court. In addition to asserting claims arising under state law, Plaintiff contends Defendant violated the federal Fair Labor Standards Act ("FLSA"). (*See* Compl., ECF No. 1-1.) Defendant removed the case based on federal question jurisdiction. (Notice of Removal, ECF No. 1.) Pursuant to a stipulation, the parties agreed that Plaintiff may voluntarily dismiss his sole federal claim with prejudice and that the Court may remand the case to state court. (J. Stip., ECF No. 18.)

The Court grants the stipulation. Plaintiff's FLSA claim is dismissed with prejudice. Plaintiff and Defendant each shall bear their own fees and costs related to the dismissal of the FLSA claim. The Court declines supplemental jurisdiction over the remaining claims, which all arise under state law. 28 U.S.C. § 1367(c)(3); *see Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 350 n.7 (1988). The Court remands the case to the Los Angeles County Superior Court, Case No. 21STCV20152. The Court directs the Clerk to close the case.

**IT IS SO ORDERED.**